# Court of Appeals
# of the State of Georgia

ATLANTA, January 31, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0846. DANIEL HARGROVE v. THE STATE.**

In 2007, a jury found Daniel Hargrove guilty of kidnapping, family violence aggravated battery, and two counts of family violence aggravated assault. On direct appeal, we reversed his kidnapping conviction, but otherwise affirmed, *Hargrove v. State*, 299 Ga. App. 27 (681 SE2d 707) (2009), and the trial court resentenced Hargrove on remand. In 2021, Hargrove filed a pro se motion to vacate a void sentence. The trial court denied Hargrove's motion on December 2, 2021, and Hargrove filed this appeal on January 7, 2022. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Pretermitting whether Hargrove is entitled to a direct appeal from the trial court's order denying his motion to vacate a void sentence, his notice of appeal is untimely, as it was filed 36 days after entry of the order he seeks to appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/31/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.